FILED

10/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0332

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0332

IN RE THE MARRIAGE OF:

ATHENA ROSE HAYES FAUSKE,

Petitioner,

and

SHAWN STEVEN FAUSKE,

Respondent.

TAMMY S. SPRING,

Plaintiff and Appellant,

v.

ATHENA ROSE FAUSKE,

Defendant and Appellee.

FILED

OCT 1 1 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Through counsel, Athena Rose Hayes Fauske (Athena) moves this Court for imposition of sanctions, including dismissal of this appeal, pursuant to M. R. App. P. 7(8). Self-represented Appellant Tammy S. Spring (Tammy) has not filed a response.

Athena explains that Tammy filed her Notice of Appeal on June 24, 2022, and that this Court appointed a mediator on July 19, 2022. Athena points out that Tammy requested an extension of time to submit a position statement on August 3, 2022, the original due date, and that Athena did not object. Athena puts forth, however, that Tammy did not comply with this Court's Order granting an extension and setting deadlines because Tammy never served her position statement; she did not respond to e-mail inquiries from counsel and the mediator; and as a result, the mediator cancelled the mediation on September 14, 2022. Due to Tammy's substantial noncompliance with M. R. App. P. 7,

Athena requests that this Court impose sanctions, including dismissal and an assessment of mediator fees, if any.

Athena's motion is well-taken. This Court observes that Tammy has not complied with procedural rules or with the Court's order extending the time within which to do so. M. R. App. P. 7(3)(b). This Court received the Flathead County District Court record on July 29, followed by the exhibits on August 1, 2022. Tammy's opening brief was due on August 31, 2022. M. R. App. P. 13(1). The parties did not file a stipulation to hold the time requirements of the appellate rules in abeyance pending completion of mediation, as allowed by M. R. App. P. 7(3)(b). Tammy did not file an opening brief or move this Court for an extension of time to file her opening brief, pursuant to M. R. App. P. 26. Tammy's appeal is subject to dismissal for failure to meet the requirements of the rules. M. R. App. P. 13(3). The Court declines to assess any fees.

IT IS THEREFORE ORDERED that Athena's Rule 7(8) Motion for Sanctions is GRANTED, and this appeal is DISMISSED with prejudice.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Tammy S. Spring personally.

DATED this ⎯11⎯ day of October, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices